**DISMISS and Opinion Filed May 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00465-CR

### VICTORIA DOMINIQUE LOPEZ, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F15-52299-S**

## MEMORANDUM OPINION

Before Justices Whitehill, Osborne, and Carlyle
Opinion by Justice Osborne

On December 17, 2015, after Victoria Dominique Lopez pleaded nolo contendere to possession of methamphetamine, the trial court deferred adjudication of guilt for five years. Thereafter, the State filed a motion to proceed with an adjudication of guilt, alleging appellant had violated numerous terms and conditions of her probation. On February 17, 2020, the trial court continued appellant on probation for two years. Appellant's notice of appeal, dated March 13, 2020, was filed in this Court on March 27, 2020.

As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.). With regard to deferred adjudication, the Legislature has authorized appeal of only two types of orders: (1) an order granting deferred adjudication, and (2) an order imposing punishment pursuant to an adjudication of guilt. *Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006). Orders modifying the terms or conditions of deferred adjudication are not themselves appealable. *Id.*

Here, there is no judgment of conviction. Rather, the trial court continued appellant on probation. We do not have jurisdiction over an order continuing a defendant on community supervision. *See id.*

We dismiss this appeal for lack of jurisdiction.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200465F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

VICTORIA DOMINIQUE LOPEZ,
Appellant

No. 05-20-00465-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F15-52299-S.
Opinion delivered by Justice
Osborne. Justices Whitehill and
Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered May 5, 2020